IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAUN MATZ,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 08-cv-502-slc

MATTHEW FRANK, DAN WESTFIELD, PHIL KINGSTON, MIKE THURMER, DON STRAHOTA, DANIEL BRAEMER, LT. GREFF, DEBRA GEMPLER, GARY ANKARLO, GEORGE KAEMMERER, CHARLES GRISDALE, JEFF GARBELMAN, WILLIAM POLLARD, MICHAEL BAENEN, PETE ERICKSON, STEVEN SCHMIDT, MARTHA BREEN, ROBERT MCQUEENY, MICHAEL VANDENBROOK, TRAVIS BIDDELMAN, C.O. VASOS, SGT. STEWART and JOHN DOES1,

    Respondents.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondents dismissing Petitioner's complaint without prejudice.

_____       9-10-08
Joel W. Turner, Acting Clerk of Court       Date